ARLAND L. DARLING, Appellant, *v.* LYDIA M. DARLING et al., Respondents.

(Argued October 22, 1934; decided November 20, 1934.)

*James O. Sebring* and *Wilbur F. Knapp* for appellant. *George A. King, James S. Drake, Jr.,* and *Chester H.* Ashton for respondents.

In actions Nos. 1 and 2, judgment affirmed, with one bill of costs. In proceeding No. 3, appeal dismissed

without costs, on the ground that the order of the Appellate Division is not a final order. No opinion.

Concur: CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Not voting: POUND, Ch. J.